United States District Court

District of Massachusetts                                      Dockets No.

Massachusetts Department of Revenue
Child Support Enforcement Division                             **Notice of Removal**
on behalf of                                                   Case: BA19W0250
                                                               Jury Requested
**Renata Angelo + Czech Republic**

, Plaintiff

vs.

**Jozef Michalko**

, Defendant

On Oct 18, 2021, the case was assigned to a new judge. The new judge shunned and stymied process of fact discovery to expose related Czech justice subversion and suggested with prejudice to quickly bypass fair trial. This includes lawfully and properly issued subpoena; and motion for new DNA test; and prior to that motion to register with Global Magnitsky Act; and Writ of Mandamus. With this new operative event the case is being removed to the federal court with a jury based on diversity and prejudice. Barnstable District Court is not capable to adapt and stop Czech malfeasance and provide for a fair hearing. It is acting as shorted circuit and is in process of disrespecting the truth and cherry-picking facts. The issue is simple: Czech Republic has a debt of unfinished and subverted paternity justice that directly supersedes with currently manifestly incompatible MGL209D registration. Plaintiff has intentionally downgraded and misrepresented the amount of controversy and acted in bad faith from the beginning.

Sincerely,

_____          11/2/2021
Jozef Michalko                              Date

**Certificate of Service**
I hereby certify that I have served a copy of this and relevant documents upon party in heading.
Mail/Hand/Electronic Delivery on __11/2/2021__   Register of Probate _____